IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RONALD ARCHIBEQUE, as Personal
Representative of ERICA A. PADILLA &
THE ESTATE OF ERICA A. PADILLA,**

Plaintiffs,

vs.                                    No. CIV 11-00471 JAP/WDS

**THE BOARD OF COUNTY COMMISSIONERS
OF THE COUNTY OF BERNALILLO d/b/a
JOHN and JANE DOES 1-10, Individually and
In their capacities as agents for the Defendants,**

Defendant.

## ORDER GRANTING BERNALILLO COUNTY'S
## MOTION TO COMPEL NO. 1

This matter is before the Court on Bernalillo County's Motion to Compel No. 1. (Document #19) The motion seeks more specific initial disclosures under Fed. R. Civ. Proc. 26. Plaintiff has not filed a response to the motion, and the time in which to do so has expired. Accordingly, the motion is deemed unopposed. The Court finds the motion well taken and it is hereby GRANTED. IT IS THEREFORE ORDERED that Defendant's Motion to Compel No. 1 (Document #19) is granted. Plaintiff shall provide a response within ten days of the date of this order.

.

_____
W. Daniel Schneider
United States Magistrate Judge